## DERRICK, Respondent, vs. JEWETT, Appellant.

1. Judgment reversed for want of a finding of the facts.

### Appeal from Dade Circuit Court.

Action begun in the Circuit Court to recover the sum of $128, delivered by the plaintiff to the defendant in California, in gold dust, to be paid to plaintiff's wife in Missouri.

*Wright*, for appellant.

*Clark*, for respondent.

LEONARD, Judge. The trial here was by the court, and the record shows no finding of the facts.

According to the repeated decisions of this court, this is an error, for which the judgment must be reversed, (*Bates* v. *Bower*, 17 Mo. Rep. 550. *Farrar* v. *Lyon*, 19 Mo. Rep. 122,) and it is reversed accordingly, and the cause remanded.